# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Great American Insurance Company

                            Plaintiff,

v.                                                                     Case No.: 1:23−cv−01688

                                                                            Honorable Martha M. Pacold

BURT LEWIS, INC, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 15, 2023:

      MINUTE entry before the Honorable Martha M. Pacold: Defendant Joseph Stark did not file a response to the motion for entry of default [38] and has not otherwise participated in the litigation. The motion for entry of default [38] is granted. Default is entered against Joseph Stark under Rule 55(a). Plaintiff and the appearing defendants should file by 12/15/2023 a status report with an update on the status of the case. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.