IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Great American Insurance Company, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2023 cv 01688 |
| ) | |
| JOSEPH STARK ) | |
| ) | |
| Defendants. ) | |

**GREAT AMERICAN INSURANCE COMPANY'S UNCONTESTED MOTION FOR DEFAULT JUDGMENT AGAINST THE DEFENDANT JOSEPH STARK**

NOW COMES the Plaintiff, GREAT AMERICAN INSURANCE COMPANY ("GAIC") by and through its attorneys, LAW OFFICES OF T. SCOTT LEO, P.C., and for its Motion for Default Judgment against JOSEPH STARK, that is **uncontested by reason of default**, states as follows:

1. Defendant was found in default on November 15, 2023, under Rule 55(a) for failure to appear or otherwise answer the amended complaint. (Doc. #41).

2. As set forth in the complaint, plaintiffs claim is based upon Defendant's breach of the General Indemnity Agreement ("GIA") executed by Burt Lewis, Inc., Joseph Stark, and Katrina Stark relating to certain Surety Bonds issues on behalf of Burt Lewis, Inc. ("BLI"). A true and correct copy of the GIA is attached as Exhibit A.

3. On March 26, 2024, Plaintiff amended its complaint to dismiss two defendants. The Second Amended Complaint is a restatement of Count I of the amended complaint. (Doc. #58). Therefore, under F.R.C.P Rule 5.2(a)(2), service is not required since Defendant is in default and

the Second Amended Complaint does not assert a new claim for relief. A copy of this Motion has been sent to the Defendant by regular mail.

4. Attached as Exhibit B is the affidavit of Prithvi Bhaskar, who affirms the allegations of the complaint, the results of the settlement agreement with Lecoq Cuisine Corp, and the amount of attorney's fees paid by Great American for work performed by the Law Offices of T. Scott Leo, P.C. in connection with this case.

5. Attached as Exhibit C is a copy of the Second Amended Complaint. Based upon the affidavit of Prithvi Bhaskar and the failure of Defendant to answer, the allegations are true and admitted by the Defendant and Plaintiff is entitled to a judgment in the amount of $5,000,000 representing its payment to Lecoq Cuisine Corp.

6. Pursuant to the GIA, Plaintiff is entitled to attorney's fees in the amount of $10,880.35 (net of recoveries). Attached as Exhibit D is a detailed list of Plaintiff's attorney's fees, inclusive of costs, covering the period from March 2023, through February 21, 2024.

WHEREFORE, the Plaintiff, Great American Insurance Company, respectfully prays that this Honorable Court enter a default judgment in favor of Great American Insurance Company and against Defendant Joseph Stark in the amount of $5,000,000.00, plus attorneys' fees in the amount of $10,880.35 for a total amount of $5,010,880.35.

    Respectfully Submitted,

    GREAT AMERICAN INSURANCE
    COMPANY

    By:   /s/ Grant T. Rougas
           One of its Attorneys

T. Scott Leo
William S. Piper
Grant T. Rougas
Law Office of T. Scott Leo, P.C.
100 N. LaSalle St. Suite 100

2

Chicago, Illinois 60606
312-857-0910
sleo@leolawpc.com
wpiper@leolawpc.com
grougas@leolawpc.com