## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Great American Insurance Company

                          Plaintiff,

v.                                                                Case No.: 1:23−cv−01688

                                                                     Honorable Martha M. Pacold

Joseph Stark, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 29, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's motion for default judgment [60] is granted. Default judgment is entered in favor of plaintiff and against defendant Joseph Stark. Enter Default Judgment Order. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.