# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH STARK,<br><br>    Defendant. | Case No. 23-cv-1688<br><br>Judge Martha M. Pacold |

## DEFAULT JUDGMENT ORDER

Upon motion by Plaintiff, Great American Insurance Company ("GAIC") pursuant to F.R.C.P 55 for a Default Judgment against Joseph Stark., for failure to appear, plead or otherwise defend and the court finding upon the affidavit of Prithvi Bhaskar that Plaintiff incurred $5,000,000.00 in damages together with $10,880.35 in attorney's fees to which it is entitled to recover under the agreement of the parties,

IT IS HEREBY ORDERED, that Judgment is entered in favor of Great American Insurance Company and against Defendant Joseph Stark in the amount of $5,010,880.35.

Date: March 29, 2024                          /s/ Martha M. Pacold
                                                                              United States District Judge